UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:08-CR-71 |
| V. | ) | (PHILLIPS/GUYTON) |
| | ) | |
| JOSE BENJAMIN SALAZAR, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DETENTION**

A detention hearing was scheduled for August 5, 2008 at 9:30 a.m. before the undersigned. On August 4, 2008, the parties notified the undersigned of their desire to cancel the detention hearing scheduled for August 5, 2008. The detention hearing was cancelled.

Accordingly, the defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

**ENTER:**

s/ H. Bruce Guyton
United States Magistrate Judge